IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
        v.                    )        2:25cr611-MHT
                              )            (WO)
MICKEY PAUL FERRELL           )

ORDER

This case is before the court on the government's motion, pursuant to Federal Rule of Criminal Procedure Rule 12.2, for a psychological or psychiatric examination to assess defendant Mickey Paul Ferrell's sanity at the time of the offense (Doc. 41).

Federal Rule of Criminal Procedure 12.2 states in relevant part:

> "A defendant who intends to assert a defense of insanity at the time of the alleged offense must so notify an attorney for the government in writing within the time provided for filing a pretrial motion, or at any later time the court sets, and file a copy of the notice with the clerk. ... If the defendant provides notice [of intent to assert an insanity defense] under Rule 12.2(a), the court must, upon the government's

motion, order the defendant to be examined under 18 U.S.C. § 4242."

Here, Ferrell has filed the required notice of intent to assert an insanity defense, and the government has moved for an examination of his mental state at the time of the offense.   Therefore, pursuant to Rule 12.2, the court will order the requested evaluation.

***

Accordingly, it is ORDERED that the government's motion for psychiatric or psychological examination (Doc. 41) is granted as follows:

(1) Pursuant to the provisions of 18 U.S.C. § 4242 and §§ 4247(b) & (c), the United States Marshal for this district shall immediately remove defendant Mickey Paul Ferrell to the custody of the warden of an appropriate institution as may be designated by the Attorney General, where he is to be committed for the purpose of being observed, examined, and treated by one or more qualified psychiatrists or psychologists at the institution.   The

2

statutory time period for the examination shall commence on the day defendant Ferrell arrives at the designated institution. The examination shall be conducted in the suitable facility closest to the court, unless impracticable.

(2) Pursuant to 18 U.S.C. § 4247(c), the psychiatrists or psychologists conducting the mental examination of defendant Ferrell shall report in writing to this court their findings, opinions, and conclusions as to the following: whether at the time of the commission of the acts constituting the offense, defendant Ferrell, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts. *See* 18 U.S.C. § 17(a) (federal definition of insanity).

DONE, this the 22nd day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

3