IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr611-MHT |
| | ) | (WO) |
| MICKEY P. FERRELL | ) | |

ORDER

Based on the representations made during the status conference on November 13, 2026, regarding the "three documents" (Doc. 87-1, Doc. 87-2, and Doc. 87-3), it is ORDERED that the following earlier finding by the court remains true today: "[T]here is, currently, no reasonable cause to believe that defendant Mickey Paul Ferrell is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, so as to warrant competency proceedings." Opinion and Order Declaring Competency (Doc. 49) at 5-6.

DONE, this the 13th day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE